UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CAMICA ALLEY,                                                        :
                                                                     :
                                                                     :
                      Plaintiff,                                     :
                                                                     :                    25-cv-10346 (LJL)
       -v-                                                           :
                                                                     :                    ORDER
CITY OF NEW YORK, et al.,                                           :
                                                                     :
                      Defendants.                                    :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff has moved for the Court to accept her Amended Complaint, *see* Dkt. No. 22, which was filed one day after the June 8, 2026 deadline, *see* Dkt. No. 23. The motion is GRANTED. The Amended Complaint at Dkt. No. 22 shall be deemed the operative pleading.

Plaintiff has also filed a letter with the Court requesting permission to attend her son's graduation. *See* Dkt. No. 24. A case management conference is currently scheduled for July 15, 2026. The conference is hereby rescheduled to June 18, 2026, at 12:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse. The Court will address Plaintiff's request at the conference. The parties should also be prepared to discuss the status of Defendants' *Valentin* obligations in light of Defendant's letter dated May 14, 2026. *See* Dkt. No. 19.


       SO ORDERED.


Dated: June 15, 2026                          _____
       New York, New York                              LEWIS J. LIMAN
                                                       United States District Judge