```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/18/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

CAMICA ALLEY,                          :

                        :

           Plaintiff,          :

                        :         25-cv-10346 (LJL)

      -v-                 :

                        :          ORDER

CITY OF NEW YORK, et al.,        :

                        :

          Defendants.     :

                        :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, June 18, 2026.  As indicated on the record at the conference:

Plaintiff seeks to attend the graduation of her son.  *See* Dkt. No. 24.  The Court cannot provide advice about that matter, but Plaintiff may contact the City Bar Justice Center, which exists to assist unrepresented parties in civil cases.  As indicated during the conference, the Court will email Plaintiff an Information Packet which includes details about the Clinic.

The Court hereby amends its *Valentin* order, *see* Dkt. No. 7, to specify that the City's obligations extend to identifying Jane/John Doe Defendants associated not only with Plaintiff's arrest on December 17, 2022, but also with her arrests occurring in April, July, and October of 2023 as described in the Amended Complaint.  *See* Dkt No. 22.  To facilitate the City's efforts to identify these individuals, Plaintiff shall provide signed Section 160.50 releases for each arrest date.  Plaintiff and the City shall confer regarding a time for Plaintiff to come to the City's offices to sign these releases and to have them notarized.  The City will have until August 10, 2026, to fulfill its *Valentin* obligations.

By August 31, 2026, Plaintiff shall file a further amended complaint naming the individual defendants identified by the City whom Plaintiff wishes to name as defendants.

The Court will hold a telephonic status conference on September 14, 2026, at 12:00 PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

The City is directed to order a copy of the transcript for today's hearing.

The Clerk of Court is respectfully requested to update Plaintiff's phone number on the docket as follows: 929-737-3445.

SO ORDERED.

Dated: June 18, 2026
      New York, New York

                           LEWIS J. LIMAN
                    United States District Judge