USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMICA ALLEY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

25-cv-10346 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received the correspondence filed at Dkt. Nos. 29 and 30. No party seeks action from the Court. Accordingly, the date for the filing of an amended complaint remains as set.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge