USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMICA ALLEY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

25-cv-10346 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has received the correspondence filed by Plaintiff at Dkt. No. 39 requesting to withdraw consent to electronic service and requesting that all notices, orders, pleadings, and documents filed in Plaintiff's case be sent via mail, as Plaintiff was not aware that she may incur fees for viewing documents.

*Pro se* litigants who consent to receive documents electronically are permitted one "free look" at documents filed in their case by clicking on the hyperlinked document number in the e-mail notice of the filing. Once a litigant clicks the hyperlink and accesses the document, they may not be able to access the document for free again. After fifteen (15) days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the fifteen (15) days, litigants will be asked for a PACER login and may be charged to view the document. For this reason, the Pro Se Intake Unit advises *pro se* litigants to print or save the document during the "free look" to avoid future charges. Additional information can be found on the Court's website at https://www.nysd.uscourts.gov/prose.

Plaintiff is directed to file a letter on the docket by September 11, 2026 advising whether she still wishes to withdraw her consent to electronic service.

SO ORDERED.

Dated: September 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge