USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______________
DATE FILED: 09/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

CAMICA ALLEY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------- X

25-cv-10346 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who is self-represented, has filed a motion to file a second amended complaint. Dkt. Nos. 38, 40. The proposed second amended complaint has been filed on the docket at Dkt. No. 41. Defendants oppose the motion. Dkt. No. 43. In view of Plaintiff's self-represented status, Plaintiff shall have until September 23, 2026 to file a reply letter in further support of the motion to file the second amended complaint.

SO ORDERED.

Dated: September 11, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge