USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMICA ALLEY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

25-cv-10346 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, September 14, 2026. This Order memorializes the rulings made at the conference:

The Court deems Defendant the City of New York to have satisfied its *Valentin* obligations with respect to Plaintiff's December 17, 2022 and July 26, 2023 arrests. By October 5, 2026, the City shall provide to Plaintiff the identities of the John Doe detectives that Plaintiff wishes to sue with respect to her October 11, 2023 arrest as alleged at paragraph 11 on page 4 of Plaintiff's second amended complaint, Dkt. No. 41 ¶ 11, as well as the identities of the John Doe officers that Plaintiff wishes to sue with respect to her April 5, 2023 arrest, as alleged at paragraph 14 on page 7 of Plaintiff's second amended complaint, Dkt. No. 41 ¶ 14.

Plaintiff is relieved of her obligation to file a reply letter in further support of the motion for leave to file the second amended complaint as originally directed at Dkt. No. 44. The second amended complaint filed at Dkt. No. 41 is deemed to be properly filed without prejudice to the right of Defendants to move for failure to state a claim for relief or failure to file a notice of claim. The time for Defendants to move or otherwise respond to the second amended complaint is suspended pending further order of this Court.

Plaintiff is directed to file a further amendment to her complaint by October 12, 2026 limited to adding the names of the John Does alleged at paragraphs 11 and 14 of the second amended complaint. Plaintiff is permitted to attach a page to the end of the second amended complaint stating the names of the John Doe detectives she intends to name with respect to the October 11, 2023 arrest and the names of the John Doe officers she intends to name with respect to the April 5, 2023 arrest.

The Court will hold a further telephonic conference in this matter on October 29, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The Clerk of Court is respectfully directed to remove Plaintiff from receiving documents in this case electronically and to mail a copy of this Order and all forthcoming orders to the address listed on the docket. Plaintiff is reminded that it is Plaintiff's obligation to inform the Court of any change in address or contact information.

The City's request to file the home address of Defendant Karen Grier under seal is granted. The Club of Court is further directed to seal the transcript of today's conference pending further order of this Court. Notwithstanding the sealing order of this Court, the Court reporter is authorized to provide a copy of the transcript of the proceedings to the parties and the City is directed to provide a copy of the transcript to the *pro se* Plaintiff.

SO ORDERED.

Dated: September 14, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge