USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CAMICA ALLEY,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-10346 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pursuant to the Court's order dated September 14, 2026, *see* Dkt. No. 45, Plaintiff has submitted a further amendment identifying the John Doe officers and detectives referenced in paragraphs 11 and 14 of the Second Amended Complaint. Dkt. No. 48. A telephonic conference is scheduled in this matter for October 29, 2026 at 12:00 p.m. The parties are directed to jointly submit a proposed Case Management Plan and Scheduling Order consistent with the Court's Individual Practices by October 28, 2026.

SO ORDERED.

Dated: October 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge